```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiffs,           )
                               )         4:06CR3054
     v.                        )
                               )
JOSH W. JOHNSON,               )
                               )              ORDER
          Defendant.           )
                               )
```

IT IS ORDERED:

1. Defendant's motion for continuance of pretrial motion deadline, filing 16, is granted and the deadline for filing pretrial motions is extended to June 12, 2006.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between May 10, 2006 and June 12, 2006 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 10th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge