IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3054 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSH W. JOHNSON and | ) | ORDER |
| MARTIN D. LOSBY, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter comes before the Court on the Government's Motion to Extend Deadline to File Objections to Magistrate Judge's Report and Recommendation, filing 37.

    The Court being duly advised in the premises, finds that the Motion should be granted. The government is given until August 4, 2006, to file an objection to the Magistrate Judge's Report and Recommendation.

    Dated this 25th day of July, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge