IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3054 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JOSH W. JOHNSON and | ) | |
| MARTIN D. LOSBY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on a report and recommendation by Magistrate Judge Piester (filing 35), recommending that the defendants' motions to suppress (filings 23, 24, and 26) be granted. The government has filed a brief in opposition to the report and recommendation (filing 39), which I will consider as a statement of objections filed pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1).[1]

I have conducted a de novo review of the record. I find that inasmuch as Judge Piester has fully, carefully, and correctly found the facts and applied the law, the government's objections should be denied, the report and recommendation should be adopted, and the defendants' motions to suppress should be granted.

Accordingly,

IT IS ORDERED that:

1. The magistrate judge's report and recommendation (filing 35) is adopted;

---

[1] The government is reminded that our local rules contemplate the filing of a statement of objections and a supporting brief.

2. The government's objections to the report and recommendation (filing 39) are denied; and

3. The defendants' motions to suppress (filings 23, 24, and 26) are granted.

August 21, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge