IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 4:06CR3054 |
| vs. ) | ORDER |
| JOSH W. JOHNSON and ) MARTIN D. LOSBY, ) | |
| Defendant. ) | |

The government has moved to dismiss the indictment filed against Josh W. Johnson and Martin D. Losby, filing 44. Accordingly, said indictment against Josh W. Johnson and Martin D. Losby is dismissed without prejudice.

IT IS SO ORDERED this 1st day of September, 2006.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge